**The below described is SIGNED.**

(ts)

**Dated: March 23, 2011**   _____
                            **WILLIAM T. THURMAN**
                            **U.S. Bankruptcy Chief Judge**

_____

Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
Stephen B. Watkins, Bar Number 3400
HALLIDAY & WATKINS, P.C.
Attorneys for U.S. Bank National Association
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 355-2886
Fax: (801) 328-9714
Email: bkdocs@halliday-watkins.com
File No: 35048

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| In re: | Bankruptcy Case No. 11-21297 WTT |
|---|---|
| CASEY PETERSON | Chapter 7 |
| Debtor. | **ORDER TERMINATING AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION**<br>[Filed Electronically] |

Based upon the Motion for Relief, previously filed with the Court, and good cause appearing, the Court does hereby,

Filed: 03/21/11

ORDER AS FOLLOWS:

That the automatic stay with respect to the following described real property:

> Lot 273, WESTVIEW TERRACE NO. 4, according to the Official Plat thereof recorded in the Office of the County Recorder of Salt Lake County, Utah;
> Commonly known as 5415 West Townsend Way, Salt Lake City, UT 84118;

be and is hereby modified and terminated as of the date hereof to permit U.S. Bank National Association to pursue its rights and remedies against the said property under applicable law.

It is further ORDERED that Secured Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

END OF ORDER

MAILING CERTIFICATE

I hereby certify that I mailed true and correct copies of the foregoing Order Terminating Automatic Stay by first class mail, postage prepaid, to each of the following:

Casey Peterson
4384 Maple Meadows Drive
West Valley City, UT 84120
Debtor

Julie Walker
Via ECF
Debtors' Attorney

Roger G. Segal
Via ECF
Chapter 7 Trustee

Benjamin J. Mann
HALLIDAY & WATKINS, P.C.
Via ECF

Date:

_____
U.S. Bankruptcy Court Deputy Clerk